**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

WILLIAM TIMOTHY COUGHLIN, Case No.: 9:17-bk-01466-FMD
Chapter 13

Debtor.
_______________________________________/

**DEBTOR'S MOTION TO**
**EXTEND THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(B)**
*(AND REQUEST FOR COSTS)*
***Emergency Hearing Requested***

**CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

**I HEREBY CERTIFY,** as a member of the Bar of this Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

**I CERTIFY FURTHER** that there is a true necessity for an emergency hearing, specifically because the Debtor and the Estate property will not be protected by the automatic stay after the expiration of 30 days unless relief is granted and protection is necessary to protect the Debtor and Estate property from further collection action. Additionally, pursuant to the 11 U.S.C. § 362(c)(3)(B) and Administrative Order FTM-2006-3, the hearing must be *completed* before the expiration of 30 days following the date of filing bankruptcy.

**I CERTIFY FURTHER** that the necessity of this emergency hearing has not been caused by any lack of due diligence on my part, but has brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

COMES NOW the Debtor, by and through undersigned counsel, and hereby files this Motion to Extend the Automatic Stay Pursuant to § 362(c)(3)(B) and states as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on February 24, 2017.

2. Within the 1-year period preceding the filing of the instant case, the Debtor had a previous bankruptcy case pending and dismissed.

3. Under the circumstances, pursuant to § 362(c)(3)(B), an affirmative request to continue the stay must be made and a hearing on the matter must be completed before the expiration of the 30th day following the Petition Date.

4. This Motion is timely filed and was filed within the 15-day period after the Petition Date as suggested in Administrative Order FTM-2006-3.

5. The instant case has been filed in good faith as the Debtors Plan payment increased in his previous case causing the plan to become unfeasible. The Debtor is now able to make his monthly Plan payment as set forth in his Chapter 13 Plan.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court:

1. Grant this Motion;
2. Extend the stay as to all creditors;
3. Allow costs incurred by Debtor's counsel; and
4. Grant such other and further relief as this Honorable Court deems necessary and just.

*Respectfully submitted,*

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Boulevard
Fort Myers, Florida 33919
Phone: (239) 939-0900
Facsimile: (239) 939-0588

/s/ David Lampley
David Lampley, Esq.
FBN: 0044408

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished **electronically via CM/ECF** to the persons named below on March 9, 2017:

U.S. Trustee

Jon Waage

All persons receiving notice via CM/ECF

**--------------------------**And via **U.S. first class mail** to:

William Timothy Coughlin, 5801 Sabal Palm Lane, Punta Gorda, FL 33982

All creditors on the Court's mailing matrix not receiving notice via CM/ECF

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Boulevard
Fort Myers, Florida 33919
Phone: (239) 939-0900
Facsimile: (239) 939-0588

/s/ David Lampley
David Lampley, Esq.
FBN: 0044408